IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DANA WARNER,

            Plaintiff,

  v.

VISION SOLAR, LLC,
VISION SOLAR NJ LLC, and
IGS SOLAR LLC,

            Defendants.

Case No.: 22-cv-5307-CPO-SAK

**<u>PROPOSED ORDER</u>**

AND NOW, this _____ of _____, 2022, in consideration of Defendants' Vision Solar, LLC and Vision Solar NJ LLC's Motion to Dismiss Plaintiff's Complaint, and any response thereto, and for good cause shown, it is hereby ORDERED and DECREED that Vision Solar's Motion is GRANTED with prejudice.

                                                            _____
                                                                         J.