## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANA WARNER,<br>      Plaintiff,<br><br>vs.<br><br>VISION SOLAR, LLC, VISION SOLAR NJ, LLC, IGS SOLAR, LLC,<br>      Defendants. | CIVIL ACTION<br><br>NO. 1:22-cv-05307-CPO-SAK |
| VISION SOLAR, LLC, VISION SOLAR NJ, LLC and IGS SOLAR, LLC<br>    Third-Party Plaintiffs,<br><br>vs.<br>JOHN ANTIPUNA,<br>      Defendant. | CIVIL ACTION<br><br>NO. 1:22-cv-05307-CPO-SAK<br><br>**ORDER** |

This matter comes before the Court on a Motion for Attorney Fees and Costs by Plaintiff Dana Warner (ECF No. 125), and upon considering such Motion along with the opposition of Defendant IGS Solar, LLC (ECF 130), Plaintiff's Reply (ECF 131), and after holding oral argument on February 18, 2025,

**IT IS** on this __26th__ day of _____February_____, 2025,

**ORDERED** that Plaintiff's Motion for Attorney Fees and Costs (ECF No. 125) is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Plaintiff shall be awarded attorneys' fees of $155,339.70 for services rendered through December 26, 2024;[1] and,

2. Plaintiff shall be awarded $10,980.02 in costs.

3. Defendant IGS Solar LLC preserves its right to seek relief, including contribution and indemnification, from Co-Defendants Vision Solar, LLC and Vision Solar NJ, LLC, which have filed for Chapter 7 bankruptcy protection.

                                        *Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**

---

[1] Such amount constitutes a lodestar of $135,078 plus a contingency enhancement of 15%, constituting $20,261.70, and is based on the 2024 hourly rates sought for Jody T. López-Jacobs ($390), Andrew M. Milz ($595), and Cary L. Flitter ($905).